360 A.2d 647

WEISE

v.

GOLDMAN, Appellant.

Submitted December 16, 1975. Leon W. Silverman, for appellant; Oscar O. Schwartz, for appellee.

Order affirmed.

July 19, 1976.

359 A.2d 897

AZZARELLO

v.

BLACK BROTHERS COMPANY, INC., Appellant, et al.

Argued April 15, 1976. George M. Weis, with him Weis & Weis, for appellant; John E. Evans, Jr., with him William A. Pietragallo, for appellee.

Order affirmed.